373 U.S. 378
 83 S.Ct. 1313
 10 L.Ed.2d 420
 ILLINOIS et al.
v.
UNITED STATES et al.
 No. 937.
 Supreme Court of the United States
 May 20, 1963
 Rehearing Denied June 17, 1963.
 
 See 374 U.S. 858, 83 S.Ct. 1867.
 William G. Clark, Atty. Gen. of Illinois, Edward V. Hanrahan, Sp. Asst. Atty. Gen., Harold A. Cowen, Asst. Atty. Gen., and S. Ashley Guthrie, for appellants.
 Robert W. Ginnane and Stanton P. Sender, for the United States and the Interstate Commerce Commission.
 James J. Magner, Frederick E. Stout and L. Agnew Myers, Jr., for appellee Chicago North Shore & Milwaukee Railway.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.